

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-5-2009

# Edward Benkoski v. Bonnie Wasilewski

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-4200

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

## Recommended Citation

"Edward Benkoski v. Bonnie Wasilewski" (2009). *2009 Decisions.* Paper 516.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/516

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-4200

_____

EDWARD BENKOSKI; THEODORE CARL,

Appellants

v.

BONNIE WASILEWSKI, Clerk, Pennsylvania State Police and
Chairperson and Member, Bear Creek Township Board of Supervisors,
In her official and individual capacities; PAULETTE YENCHIK,
Administrative Assistant, Secretary/Treasure and Chief Administrative
Office of the Pension Fund, Bear Creek Township, In her official
and individual capacities; LT. JOHN DOE, A Lieutenant in the
Pennsylvania State Police, In his official and individual capacities;
JERRY BUTALA, Trooper, Pennsylvania
State Police, In his official and individual capacities; JERRY KINCEL,
Trooper, Pennsylvania State Police, In his official and individual capacities

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3-07-cv-00197)
District Judge: Honorable A. Richard Caputo

_____

Argued September 30, 2009

Before: MCKEE, CHAGARES and NYGAARD, Circuit Judges.

(Filed: October 5, 2009)

1

Attorney for Appellees
(Bonnie Wasilewski and Paulette Yenchik)

James W. Gicking, Esquire
Marshall, Dennehey, Warner, Coleman

 & Goggin
1845 Walnut Street
Philadelphia, PA 19103

Attorney for Appellants

Ralph E. Kates, III, Esquire
Law Offices of Ralph E. Kates, III
358 South Franklin Street
Wilkes-Barre, PA 18702

Attorney for Appellees
(Jerry Butala, Jerry Kincel and Francis J. Hacken)

Calvin R. Koons, Esquire
Office of Attorney General of Pennsylvania
Strawberry Square
Harrisburg, PA 17120

## JUDGMENT ORDER

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on September 30, 2009.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the district court entered September 24, 2008, is affirmed.

Costs taxed against the Appellants.

Attest:

/s/ Theodore A. McKee, Circuit Judge

DATED: October 5, 2009